UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07747
    ROBERT K LEMMER
    AMANDA L LEMMER                         CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2872     SSN XXX-XX-8323

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/30/06 and confirmed on 09/14/06.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $   4460.84 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMMUNITY LENDERS | SECURED | 5500.00 | 429.01 | 1570.99 |
| INSTANT CAR CREDIT | SECURED | 3000.00 | 151.16 | 848.84 |
| AMERICASH LOANS | UNSECURED | 700.68 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6067.61 | .00 | .00 |
| ANNA SACCO MILLER | UNSECURED | 640.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 451.20 | .00 | .00 |
| TRAC A CHEC INC | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DONALD W PILLER | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1922.11 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 2265.44 | .00 | .00 |
| WEST SIDE FAMILY DENTIST | UNSECURED | 138.00 | .00 | .00 |
| MENDOTA COMMUNITY HOSPIT | UNSECURED | 429.15 | .00 | .00 |
| NICOR GAS | UNSECURED | 307.76 | .00 | .00 |
| ROCKFORD MERCANTILE AGEN | UNSECURED | 925.22 | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 706.53 | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALLEN LEWIS & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 529.83 | .00 | .00 |
| WORLD ACCEPTANCE CORPORA | UNSECURED | 1150.67 | .00 | .00 |
| WORLD ACCEPTANCE CORPORA | UNSECURED | 650.00 | .00 | .00 |
| PEGGY SORENSEN | CHILD SUPPORT | .00 | .00 | .00 |

            Summary of disbursements:

```
--------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8500.00        .00    16884.20         .00     25384.20
PRINCIPAL PAID      2419.83        .00         .00         .00      2419.83
INTEREST PAID        580.17        .00         .00         .00       580.17
TOTAL PAID          3000.00        .00         .00         .00      3000.00
```
The Debtor's attorney, SCHEINBAUM & WEST              , was allowed $   3000.00
and was paid $    726.00  direct and $   1267.33  through the plan.

The Trustee received $     193.51 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE